**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, SHERIE K. ABEL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE K. ABEL,<br><br>    Plaintiff,<br><br>v.<br><br>GS HOSPITALITY, INC., a California corporation, dba BEST WESTERN CORNING INN, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No.14-CV-919 JAM KJN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER<br>FRCP 41(a)(1)(A)(ii) |

Plaintiff **SHERIE K. ABEL** and Defendants **GS HOSPITALITY, INC., a California corporation, dba BEST WESTERN CORNING INN**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: September 23, 2014        /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**SHERIE K. ABEL**

**PROUT • LEVANGIE**

Dated: September 23, 2014        /s/ Sharon B. Futerman for
Michael Levangie, Attorney for Defendants
**GS HOSPITALITY, INC., a California corporation, dba BEST WESTERN CORNING INN**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ABEL vs. GS HOSPITALITY, INC, et al.</u>, Case Number CV-14-919 JAM KJN, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: 9/30/2014        /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE